**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-1838**

In Re:   OTTO CLAUDE SMITH; LINDA C. SMITH,

                                                      Debtors.

--------------------------------------------

OTTO CLAUSE SMITH; LINDA C. SMITH,

                                          Debtors - Appellants,

         versus

CROWFIELDS CONDOMINIUM ASSOCIATION,

                                          Creditor - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.   Lacy H. Thornburg, District Judge.  (CA-05-80-1; BK-03-11127)

Submitted: December 22, 2005        Decided:  December 28, 2005

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Otto Claude Smith and Linda C. Smith, Appellants Pro Se.  Douglas James Tate, MCGUIRE, WOOD & BISSETTE, PA, Asheville, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Otto Claude Smith and Linda C. Smith appeal from the district court's order denying their motion for reconsideration of the district court's order dismissing as untimely their appeal from the bankruptcy court's order. Our review of the record and the opinions below discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Smith v. Crowfields</u>, Nos. CA-05-80-1; BK-03-11127 (W.D.N.C. June 20, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>